E-FILED
Wednesday, 23 March, 2005  09:47:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 05- 10018 |
| | ) | |
| KEVIN O'SHAUGHNESSY, | ) | VIO: 21 U.S.C. §843(a)(3) |
| | ) | |
| Defendant. | ) | |

FILED
MAR 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

1. From in or about December 2000 and continuing to in or about August 2001, in Peoria County, within the Central District of Illinois,

**KEVIN O'SHAUGHNESSY,**

the defendant herein, did knowingly acquire and obtain possession of a controlled substance, namely methylphenidate, a Schedule II controlled substance, by misrepresentation, fraud and forgery in that he forged 292 prescriptions, each for 100 tablets of methylphenidate,.

In violation of Title 21, United States Code, Section 843(a)(3).

UNITED STATES OF AMERICA
JAN PAUL MILLER
UNITED STATES ATTORNEY

 s/: GERARD A. BROST
GERARD A. BROST
Assistant United States Attorney
Central District of Illinois
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050