# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

KEVIN O'SHAUGHNESSY

WAIVER OF INDICTMENT

Case Number: 05-10018

FILED
APR 2 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, KEVIN O'SHAUGHNESSY, the above named defendant, who is accused of fraudulently obtaining possession of a controlled substance in violation of Title 21, United States Code, Section 843(a)(3) being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 28, 2005, prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
KEVIN O'SHAUGHNESSY
Defendant

_____
MICHAEL B. METNICK
Attorney for Defendant

Before _____
Honorable Joe B. McDade
United States District Court Judge