E-FILED
Friday, 26 August, 2005   10:30:23 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF ILLINOIS

# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-10018-001 |
| KEVIN O'SHAUGHNESSY, | ) |
| Defendant. | ) |

### GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and Gerard A. Brost, Assistant United States Attorney for the Central District of Illinois, pursuant to the Standing Order on Implementation of Sentencing Guidelines, states that it has no objections to the Presentence Investigation Report and agrees with the sentencing factors set forth in the report.

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/:  GERARD A. BROST
**GERARD A. BROST**
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF ILLINOIS

# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-10018-001 |
| KEVIN O'SHAUGHNESSY, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 26, 2005**, I electronically filed **GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Michael Metnick**
**Attorney at Law**

and I hereby further certify that I have mailed, by United States Postal Service, the **GOVERNMENT'S COMMENTARY ON SENTENCING FACTORS** to the following non CM/ECF participants:

**Not Applicable**

**s/: DONALD C. LATTIG**
**DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov