1:05-cr-10018-JBM-JAG    # 9    Page 1 of 1

E-FILED
Sunday, 04 September, 2005  01:44:58 PM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 4/82)

**EXHIBIT AND WITNESS LIST**

| | | |
|---|---|---|
| USA | vs. Kevin O'Shaughnessy | DISTRICT COURT: Central Dist of IL |
| PLAINTIFF'S ATTORNEY: Gerard Brost | DEFENDANT'S ATTORNEY: Michael Metnick | DOCKET NUMBER: 05-10018 |
| | | TRIAL DATE(S): 9/2/05 |
| PRESIDING JUDGE: McDade | COURT REPORTER: NM | COURTROOM DEPUTY: s/M. Leininger |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | Group 1 | 9/2/05 | 9/2/05 | 9/2/05 | Letters in mitigation |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages