IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) COURT NO. |
| v. | ) 05-10018-001 |
| | ) |
| KEVIN O'SHAUGHNESSY, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

DATE: September 12, 2005

By:  s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Telephone: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Keven O'Shaughnessy
>c/o Michael Metnick
>Attorney at Law
>Post Office Box 12140
>Springfield, Illinois 62791

September 12, 2005

>s/Elizabeth L. Collins
>By: Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Telephone: 217-492-4450
>Fax: 217-492-4888
>E-Mail: Beth.Collins@usdoj.gov