IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL JUDICIAL CIRCUIT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs - | ) | Case No. 05-10018-001 |
| | ) | |
| KEVIN O'SHAUGNESSY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW EXHIBITS

NOW COMES the Defendant, KEVIN O'SHAUGNESSY, by and through his attorneys, Metnick, Cherry, Frazier & Sabin, L.L.P., and hereby requests leave of court to withdraw the exhibits that were presented into evidence at the sentencing hearing of the Defendant.

Respectfully submitted,

KEVIN O'SHAUGNESSY, Defendant

By: /s/ Michael B. Metnick
     One of His Attorneys

Michael B. Metnick (1893335)
METNICK, CHERRY, FRAZIER & SABIN, L.L.P.
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gerard A. Brost

      /s/ Michael B. Metnick