RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING
RECOMMENDATION, AND STATEMENT OF REASON(S)

**FILED**

OCT 1 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name:   Kevin O'Shaughnessy

Case Number:   05-10018

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number  11 ), Sentencing Recommendation (document number  12 ) and Statement of Reason(s) Page (document number  13 ) were returned to the U.S. Probation Office on  10/13/5 .

Received by:

s/ Douglas Heuermann
U.S. Probation Office
Date:  10/19/05