E-FILED
Monday, 31 October, 2005  11:09:12 AM
Clerk, U.S. District Court, ILCD



FILED

OCT 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
305 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

October 18, 2005

U.S.A.  )
   Plaintiff  )
   )
   )
   vs  )   Case # 05-10018
   )
Kevin O'Shaugnessy  )
   Defendant  )
   )

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, defendant's exhibits offered at sentencing hearing held on 9/2/5 as returned to Atty Michael B. Metnick by Clerk..

Date: 10-27-05

_____
Michael Metnick